(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>District of Maryland | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mehling, Brian R.** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**2567** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**2913 Pinewood Avenue<br>Baltimore, MD 21214** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:  **Baltimore City** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

- ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|
| ☑ Individual(s)   ☐ Railroad<br>☐ Corporation   ☐ Stockbroker<br>☐ Partnership   ☐ Commodity Broker<br>☐ Other _____   ☐ Clearing Bank | ☑ Chapter 7   ☐ Chapter 11   ☐ Chapter 13<br>☐ Chapter 9   ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>☑ Consumer/Non-Business   ☐ Business | **Filing Fee** (Check one box)<br>☑ Full Filing Fee Attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration certifying<br>that the debtor is unable to pay fee except in installments.<br>Rule 1006(b).  See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)  | THIS SPACE IS FOR COURT USE ONLY

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over | |
|---|---|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03)                                                                                 FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):  **Brian R. Mehling** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location<br>Where Filed:     **NONE** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>  **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

# Signatures

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X  **s/ Brian R. Mehling**<br>_____<br>Signature of Debtor<br><br>X  **Not Applicable**<br>_____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>**10/11/2005**<br>_____<br>Date | **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br>☐  Exhibit A is attached and made a part of this petition. |

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X   **/S/Maximillian F. Van Orden**            **10/11/2005**
_____
Signature of Attorney for Debtor(s)          Date

---

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐     Yes, and Exhibit C is attached and made a part of this petition.
☑     No

---

### Signature of Attorney

X  **/S/Maximillian F. Van Orden**
_____
Signature of Attorney for Debtor(s)

**Maximillian F. Van Orden,  24191**
_____
Printed Name of Attorney for Debtor(s) / Bar No.

**LeViness, Tolzman & Hamilton, P.A.**
_____
Firm Name

**914 St. Paul Street  Baltimore, MD 21202**
_____
Address

_____

**410-727-4991**                    **410-783-4974**
_____
Telephone Number

**10/11/2005**
_____
Date

---

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

_____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

---

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **Not Applicable**
_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X  **Not Applicable**
_____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# UNITED STATES BANKRUPTCY COURT
## District of Maryland

In re:    **Brian R. Mehling**                                    Case No. _____

       **2567**                                    Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

      The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **2** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:    **10/11/2005** _____                    Signed:    **s/ Brian R. Mehling** _____

                                                                                 **Brian R. Mehling**

Signed:    **/S/Maximillian F. Van Orden** _____

             **Maximillian F. Van Orden**

             Bar No.    **24191**

FORM B6A
(6/90)

In re: **Brian R. Mehling** _____ , Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　 **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |

Total　➢

| 0.00 |
|---|

(Report also on Summary of Schedules.)

FORM B6B
(10/89)

In re  **Brian R. Mehling**                                                                 '    Case No. _____

                    **Debtor**                                                                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **checking** | | **245.00** |
| | | **savings** | | **16.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Tony Cooke, 2715 Fifth Avenue, Parkville, MD 21234** | | **250.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Bedroom furnishings** | | **320.00** |
| | | **Electronic equipment in basement** | | **200.00** |
| | | **Kitchenware & appliances** | | **200.00** |
| | | **Livingroom furnishings** | | **1,200.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **CDs (500)** | | **1,000.00** |
| | | **DVDs (200)** | | **800.00** |
| 6. Wearing apparel. | | **Coats & jackets, 8** | | **80.00** |
| | | **Pants & jeans, 6** | | **12.00** |
| | | **Shirts, 40** | | **20.00** |
| | | **Shoes, sneakers & boots, 5** | | **40.00** |
| 7. Furs and jewelry. | | **Watch** | | **20.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Video camera** | | **100.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

FORM B6B
(10/89)

In re  **Brian R. Mehling**                                                                    Case No. _____
                        Debtor                                                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1984 VW Jetta GLI** | | **2,150.00** |

FORM B6B
(10/89)

In re    **Brian R. Mehling** _____ ′    Case No. _____
　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | **Desk, lamp, cabinet & old computer** | | **200.00** |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested.  Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed.  Itemize. | X | | | |

　　　　　　　　　　___2___    continuation sheets attached　　　　　Total ⟩　　**$  6,853.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

FORM B6C
(6/90)

In re   **Brian R. Mehling**                                                                    , **Case No.** _____

                          Debtor.                                                                          **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1)    Exemptions provided in 11 U.S.C. § 522(d).    **Note:  These exemptions are available only in certain states.**

☑ 11 U.S.C. § 522(b)(2)    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **1984 VW Jetta GLI** | **ACM, C & JP § 11-504(b)(5)** | **2,150.00** | **2,150.00** |
| **Bedroom furnishings** | **ACM, C & JP § 11-504(b)(4)** | **320.00** | **320.00** |
| **CDs (500)** | **ACM, C & JP § 11-504(b)(5)** | **1,000.00** | **1,000.00** |
| **checking** | **ACM, C & JP § 11-504(b)(5)** | **245.00** | **245.00** |
| **Coats & jackets, 8** | **ACM, C & JP § 11-504(b)(5)** | **80.00** | **80.00** |
| **Desk, lamp, cabinet & old computer** | **ACM, C & JP § 11-504(b)(5)** | **200.00** | **200.00** |
| **DVDs (200)** | **ACM, C & JP § 11-504(b)(5)** | **800.00** | **800.00** |
| **Electronic equipment in basement** | **ACM, C & JP § 11-504(b)(5)** | **200.00** | **200.00** |
| **Kitchenware & appliances** | **ACM, C & JP § 11-504(b)(5)** | **200.00** | **200.00** |
| **Livingroom furnishings** | **ACM, C & JP § 11-504(b)(5)**<br>**ACM, C & JP § 11-504(b)(4)** | **520.00**<br>**680.00** | **1,200.00** |
| **Pants & jeans, 6** | **ACM, C & JP § 11-504(b)(5)** | **12.00** | **12.00** |
| **savings** | **ACM, C & JP § 11-504(b)(5)** | **16.00** | **16.00** |
| **Shirts, 40** | **ACM, C & JP § 11-504(f)** | **20.00** | **20.00** |
| **Shoes, sneakers & boots, 5** | **ACM, C & JP § 11-504(f)** | **40.00** | **40.00** |
| **Tony Cooke, 2715 Fifth Avenue, Parkville, MD 21234** | **ACM, C & JP § 11-504(b)(5)** | **250.00** | **250.00** |
| **Video camera** | **ACM, C & JP § 11-504(b)(5)** | **100.00** | **100.00** |
| **Watch** | **ACM, C & JP § 11-504(b)(5)** | **20.00** | **20.00** |

FORM B6D
(12/03)

In re: **Brian R. Mehling**                                          ,        Case No. _____
_____
Debtor                                                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | **VALUE** _____ | | | | | |

_0_ Continuation sheets attached

|  | | |
|---|---|---|
| **Subtotal** ➤ (Total of this page) | | **$0.00** |
| **Total** ➤ (Use only on last page) | | **$0.00** |

(Report total also on Summary of Schedules)

Form B6E
(04/04)

In re   **Brian R. Mehling** _____,   Case No. _____
                              Debtor                                                                                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**        (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐  **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☐  **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐  **Other Priority Debts**

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1  Continuation sheets attached

Form B6E - Cont.
(04/04)

In re    **Brian R. Mehling**                                                                    ,    Case No. _____
                    Debtor                                                                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |

Sheet no. _1_ of _1_ sheets attached to Schedule of Creditors Holding Priority Claims

|  |  |
|---|---|
| Subtotal ➢ (Total of this page) | **$0.00** |
| **Total** ➢ (Use only on last page of the completed Schedule E.) | **$0.00** |

(Report total also on Summary of Schedules)

Form B6F (12/03)

In re  **Brian R. Mehling**                                                                          .    Case No. _____
               **Debtor**                                                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Account Recovery Services, Inc.** <br> **P.O. Box 8089** <br> **Elkridge, MD 21075** | | | **medical treatment (Andrew Becker, MD)** | | | | 144.82 |
| ACCOUNT NO.  **5398-4300-2265-8270** <br> **AT&T Universal Card** <br> **Cardmember services** <br> **P.O. Box 44167** <br> **Jacksonville, FL 32231-4167** | | | **credit card services** | | | | 6,121.33 |
| ACCOUNT NO.  **4319-0400-1022-9387** <br> **Bank of America** <br> **P.O. Box 1390** <br> **Norfolk, VA 23501-1390** | | | **credit card services** | | | | 2,055.06 |
| ACCOUNT NO.  **4366-1030-3181-3753** <br> **Chase Bank** <br> **P.O. Box 15298** <br> **Wilmington, DE 19850-5298** | | | **credit card services** | | | | 387.76 |
| ACCOUNT NO.  **5424-1804-7620-8084** <br> **Citi Cards** <br> **P.O. Box 6500** <br> **Sioux Falls, SD 57117** | | | **credit card services** | | | | 5,618.29 |

<u>3</u>   Continuation sheets attached

Subtotal    ➤

Total    ➤

$14,327.26

Form B6F - Cont.
(12/03)

In re  **Brian R. Mehling** _____ .   Case No. _____
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **6035-3650-8293-1059**<br><br>**Citibank USA, N.A.**<br>**RadioShack Credit Plan**<br>**P.O. Box 689182**<br>**Des Moines, IA 50368-9182** | | | **credit card services** | | | | **1,908.47** |
| ACCOUNT NO.  **32622455**<br><br>**DirecTV**<br>**P.O. Box 78626**<br>**Phoenix, AZ 85062-8626** | | | **satellite service** | | | | **56.99** |
| ACCOUNT NO.  **6011-0038-4055-3299**<br><br>**Discover Platinum Card**<br>**P.O. Box 15192**<br>**Wlmington, DE 19850-5192** | | | **credit card services** | | | | **6,090.65** |
| ACCOUNT NO.<br><br>**Johns Hopkins Bayview Medical Center**<br>**5300 Alpha Commons**<br>**Suite 100**<br>**Baltimore, MD 21224** | | | **medical treatment** | | | | **472.27** |
| ACCOUNT NO.<br><br>**Laboratory Corporation of America**<br>**P.O. Box 2240**<br>**Burlington, NC 27216-2240**<br><br><br>**American Medical Collection Agency**<br>**2269 South Saw Mill River Road**<br>**Building 3**<br>**Elmsford, NY 10523** | | | **medical treatment** | | | | **90.23** |

Sheet no.  1  of  3  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　Subtotal　➢
　　　　　　　　　　　　　　　　　　　(Total of this page)

|  | **$8,618.61** |
|---|---|

　　　　　　　　　　　　　　　　　　　　　　　　Total　➢
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re  **Brian R. Mehling**                                                                  .  Case No. _____
         Debtor                                                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **7001-3080-0008-9798**<br><br>**Retail Services**<br>**P.O. Box 15521**<br>**Wilmington, DE 19850-5521** | | | **credit card services (CompUSA)** | | | | 1,963.64 |
| ACCOUNT NO.  **771-4100504064445**<br><br>**SAM's Club**<br>**P.O. Box 981064**<br>**El Paso, TX 79998.1064** | | | **credit card services** | | | | 154.03 |
| ACCOUNT NO.  **5049-9480-5806-7077**<br><br>**Sears**<br>**P.O. Box 6924**<br>**The Lakes, NV 88901-6924** | | | **credit card services** | | | | 890.77 |
| ACCOUNT NO.  **247095**<br><br>**State of Maryland**<br>**Central Collection Unit**<br>**300 West Preston Street**<br>**Baltimore, MD 21201-2321**<br><br>**Huesman, Jones, and Miles, LLC**<br>**11350 McCormick Road**<br>**Suite 300**<br>**Hunt Valley, MD 21031**<br><br>**Charles E. Chlan & Associates**<br>**7200 Belair Road**<br>**Baltimore, MD 21206-1188** | | | **dental treatment** | | | | 64.58 |

Sheet no. _2_ of _3_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

**$3,073.02**

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re  **Brian R. Mehling**                                                          .   Case No.

            **Debtor**                                                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **6032-2074-2141-9060** <br><br>**Wal-Mart** <br>**P.O. Box 981064** <br>**El Paso, TX 79998-1064** | | | **credit card services** | | | | 1,404.10 |

Sheet no.  _3_  of  _3_  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

Total ➤
**(Use only on last page of the completed Schedule F.)**

| | |
|---|---|
| Subtotal | **$1,404.10** |
| Total | **$27,422.99** |

(Report also on Summary of Schedules)

Form B6G
(10/89)

In re:  **Brian R. Mehling**                                                    ,          Case No. _____
                    **Debtor**                                                                              **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H
(6/90)

In re: **Brian R. Mehling** _____ , Case No. _____
               **Debtor**                                           **(If known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |

Form B6I
(12/03)

In re  **Brian R. Mehling**                                              ,  **Case No.** _____
                          Debtor                                                              **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status: **Single** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Parts Counter Person** | |
| Name of Employer | **P & H Auto-Electric, Inc.** | |
| How long employed | **10 yrs.** | |
| Address of Employer | **7990-92 East Baltimore Street, Baltimore, MD 21224** | |

| Income: (Estimate of average monthly income) | | DEBTOR | SPOUSE |
|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ | 2,740.38 | $ |
| Estimated monthly overtime | $ | 0.00 | $ |
| SUBTOTAL | $ | 2,740.38 | $ |
| LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | $ | 648.31 | $ |
| b. Insurance | $ | 220.09 | $ |
| c. Union dues | $ | 0.00 | $ |
| d. Other (Specify) | $ | 0.00 | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 868.40 | $ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 1,871.98 | $ |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ |
| Income from real property | $ | 0.00 | $ |
| Interest and dividends | $ | 0.00 | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ |
| Social security or other government assistance (Specify) | $ | 0.00 | $ |
| Pension or retirement income | $ | 0.00 | $ |
| Other monthly income (Specify) | $ | 0.00 | $ |
| TOTAL MONTHLY INCOME | $ | 1,871.98 | $ |

TOTAL COMBINED MONTHLY INCOME        **$ 1,871.98**        (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:        **NONE**

Form B6J
(6/90)

In re **Brian R. Mehling**                                                    ,    Case No.
    Debtor                                                                              (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate
     schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 520.00 |
| Are real estate taxes included?  Yes _____ No ✓ | | |
| Is property insurance included?  Yes _____ No ✓ | | |
| Utilities    Electricity and heating fuel | $ | 80.00 |
| Water and sewer | $ | 0.00 |
| Telephone | $ | 70.00 |
| Other  **cell** | $ | 48.00 |
| **satellite** | $ | 71.50 |
| Home maintenance (repairs and upkeep) | $ | 0.00 |
| Food | $ | 425.00 |
| Clothing | $ | 10.00 |
| Laundry and dry cleaning | $ | 5.00 |
| Medical and dental expenses | $ | 85.00 |
| Transportation (not including car payments) | $ | 150.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 125.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | 0.00 |
| Life | $ | 0.00 |
| Health | $ | 0.00 |
| Auto | $ | 120.00 |
| Other  **Disability** | $ | 40.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
| Auto | $ | 0.00 |
| Other _____ | $ | 0.00 |
| Alimony, maintenance or support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other _____ | $ | 0.00 |
| | | |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | **1,749.50** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at
some other regular interval.

| | | |
|---|---|---|
| A. Total projected monthly income | $ | _____ |
| B. Total projected monthly expenses | $ | _____ |
| C. Excess income (A minus B) | $ | _____ |
| D. Total amount to be paid into plan each | $ | _____ |
| | (interval) | |

**UNITED STATES BANKRUPTCY COURT**
**District of Maryland**

In re:   **Brian R. Mehling**                                     Case No. _____

                                                              Chapter   **7**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE:  ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1.  Gross Income For 12 Months Prior to Filing:                           $ _____ **0.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2.  Gross Monthly Income:                                                                $ _____ **0.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

    3.  Net Employee Payroll (Other Than Debtor)              $ _____ **0.00**
    4.  Payroll Taxes                                                                **0.00**
    5.  Unemployment Taxes                                                    **0.00**
    6.  Worker's Compensation                                                **0.00**
    7.  Other Taxes                                                                **0.00**
    8.  Inventory Purchases (Including raw  materials)                **0.00**
    9.  Purchase of Feed/Fertilizer/Seed/Spray                        **0.00**
    10.  Rent (Other than debtor's principal residence)             **0.00**
    11.  Utilities                                                                    **0.00**
    12.  Office Expenses and Supplies                                      **0.00**
    13.  Repairs and Maintenance                                           **0.00**
    14.  Vehicle Expenses                                                      **0.00**
    15.  Travel and Entertainment                                          **0.00**
    16.  Equipment Rental and Leases                                    **0.00**
    17.  Legal/Accounting/Other Professional Fees                  **0.00**
    18.  Insurance                                                                **0.00**
    19.  Employee Benefits (e.g., pension, medical, etc.)          **0.00**
    20.  Payments to Be Made Directly By Debtor to Secured Creditors For
        Pre-Petition Business Debts (Specify):
        **None**                                                            _____

    21.  Other (Specify):

        **None**                                                            _____

    22.  Total Monthly Expenses (Add items 3 - 21)                              $ _____ **0.00**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23.  AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)      $ _____ **0.00**

**Form B6**
**(6/90)**

# United States Bankruptcy Court
## District of Maryland

In re   **Brian R. Mehling**

Case No.

Chapter    **7**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $          0.00 | | |
| B - Personal Property | YES | 3 | $      6,853.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $          0.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $          0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 4 | | $      27.422.99 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $      1,871.98 |
| J - Current Expenditures of Individual Debtor(s) | YES | 2 | | | $      1,749.50 |
| Total Number of sheets in ALL Schedules ➢ | | 17 | | | |
| Total Assets ➢ | | | $      6,853.00 | | |
| Total Liabilities ➢ | | | | $      27,422.99 | |

Official Form 6 - Cont .
(12/03)

In re: **Brian R. Mehling**_____,   Case No. _____
                 **Debtor**                                                                           **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of        **18**
                                                                                     (Total shown on summary page plus 1.)

sheets plus the summary page, and that they are true and correct to the best of my knowledge, information, and belief.


Date:  **10/11/2005**_____                   Signature:  **s/ Brian R. Mehling**_____
                                                              **Brian R. Mehling**

                                         [If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

                                     (NOT  APPLICABLE)

---

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.